IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 09-06240 |
| | ) | |
| NUKOTE INTERNATIONAL, INC., *et al.*, | ) ) | Chapter 11 |
| | ) | Judge Keith M. Lundin |
| Debtors. | ) ) | Jointly Administered |

| | | |
|---|---|---|
| NUKOTE INTERNATIONAL, INC., | ) ) | Adversary Proceeding |
| Plaintiff, | ) ) | No. 09-00341A |
| vs. | ) ) | |
| OFFICE DEPOT, INC., | ) ) | |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT OFFICE DEPOT, INC.'S EXPEDITED MOTION TO EXTEND STAY OF ADVERSARY PROCEEDING**

The District Court having entered an order withdrawing the reference and transferring this adversary proceeding to the United States District Court for the Southern District of Florida, Office Depot, Inc. hereby withdraws its Expedited Motion to Extend Stay of Adversary Proceeding.

          Respectfully submitted,

          /s/ Paul G. Jennings
          Paul G. Jennings, BPR No. 14367
          Gene L. Humphreys, BPR No. 21807
          BASS, BERRY & SIMS PLC
          315 Deaderick Street, Suite 2700
          Nashville, Tennessee  37238-3001
          Telephone: (615) 742-6200
          Facsimile: (615) 742-6283
          pjennings@bassberry.com
          ghumphreys@bassberry.com

          Paul T. Hourihan (*pro hac vice*)
          Beth A. Levene (*pro hac vice*)
          WILLIAMS & CONNOLLY LLP
          725 12th Street, N.W.
          Washington, DC  20009
          Telephone: (202) 434-5000
          Facsimile: (202) 434-5029
          phourihan@wc.com
          blevene@wc.com

          *Attorneys for Defendant Office Depot, Inc.*

Dated this 18th day of November, 2009.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of November, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which caused the foregoing document to be served on the following individuals:

>Frank J. Wright, Esq.
>Paul B. Geilich, Esq.
>C. Ashley Ellis, Esq.
>E. P. Keiffer, Esq.
>Wright Ginsberg Brusilow P.C.
>600 Signature Place
>14755 Preston Road
>Dallas, TX 75254
>
>Craig V. Gabbert, Jr., Esq.
>Barbara D. Holmes, Esq.
>Harwell Howard Hyne Gabbert & Manner, P.C.
>Suite 1800
>315 Deaderick Street
>Nashville, TN 37238-1800

By:     /s/ Paul G. Jennings

8256279.1